UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| DAKOTA LEE SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 4:22-cv-00036-SEB-KMB |
| | ) |
| JEREMY T. MULL, et al., | ) |
| | ) |
| Defendants. | ) |

**ACKNOWLEDGEMENT OF STIPULATION OF DISMISSAL
WITH PREJUDICE AND ORDER TO CLERK TO CLOSE CASE**

The court acknowledges the stipulation filed by all parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), as to the dismissal of this action, with prejudice, each party to bear its own costs. Pursuant to that Rule, this case is **DISMISSED** with prejudice.

The Clerk is directed to close this case.

**SO ORDERED.**

Date: 10/24/2023

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution to all CM/ECF registered counsel-of-record